# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FISHMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TIGER NATURAL GAS, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-05351-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS**<br><br>Re: Dkt. No. 8 |

Defendant Tiger Natural Gas, Inc. ("Tiger") moved to dismiss Plaintiff Emily Fishman's initial complaint. *See* Mot. to Dismiss (dkt. 8). Fishman has since filed an amended complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. *See* 1st Am. Class Action Compl. (dkt. 13). Because the amended complaint supersedes the previous complaint, Tiger's motion to dismiss the original complaint is DENIED AS MOOT, without prejudice to any argument that any defendant might raise in response to the amended complaint.

**IT IS SO ORDERED.**

Dated: October 11, 2017

　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge