UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FISHMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TIGER NATURAL GAS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-05351-WHA (TSH)<br><br>**ORDER SETTING HEARING RE DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 269, 270 |

On December 2, 2018, Plaintiffs filed a discovery letter brief that was supplemented on December 3, 2018 with a corrected attachment 2. ECF Nos. 269, 270. Among other relief, Plaintiffs request that Defendant John Dyet be ordered to produce verified responses to certain written discovery requests and to produce all responsive documents. Some of the requests for production and interrogatories at issue are reproduced in attachment 1 to the letter brief, but most of the discovery requests are not, so for the most part the Court cannot tell from the letter brief what discovery Plaintiffs are seeking. The Court **ORDERS** Plaintiffs to supplement the letter brief by noon on December 5, 2018 providing the written discovery requests at issue. The Court **ORDERS** Dyet to file a letter brief in response to Plaintiffs' letter brief by December 7, 2018.

The Court **Sets** a two-hour meet-and-confer in its jury room to start at **9:00 am** on Monday, December 10, 2018. Please arrive at Courtroom A by 9:00 am, and the clerk will show the parties to the jury room. At **11:00 am**, the Court will hear any remaining issues in Courtroom A.

\\

\\

\\

**IT IS SO ORDERED.**

Dated: December 4, 2018

_____
THOMAS S. HIXSON
United States Magistrate Judge