UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FISHMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TIGER NATURAL GAS, INC., et al.,<br><br>Defendants. | Case No. 17-cv-05351-WHA (TSH)<br><br>**DISCOVERY ORDER** |

Judge Alsup has referred discovery disputes in this matter to the undersigned "with the goal that all disputes be resolved and all follow-up discovery obtained by **January 31, 2019**." ECF No. 274. In light of that deadline, it is imperative that the parties immediately meet and confer over any discovery disputes and, for those they are unable to resolve, raise them with the Court as soon as possible. The fact discovery cutoff is December 14, 2018 (per ECF No. 77), so per Local Rule 37-3, December 21, 2018 would ordinarily be the deadline to file any letter briefs concerning discovery disputes. However, there is no reason for the parties to save every discovery dispute to raise on the last day. It is more efficient to raise them promptly, in particular if the resolution of a discovery dispute may necessitate additional document productions or other corrective measures that will need to occur by January 31.

Accordingly, the Court **ORDERS** as follows:

1. For any discovery dispute where the event being challenged (e.g., service of a written discovery response whose sufficiency is challenged, the deposition of a Rule 30(b)(6) witness whose preparation is challenged, a party's assertion that its document production would be subject to certain limitations and those limitations are challenged, and so on) happened **before today**, the parties must meet and confer this week and submit one or more joint letter briefs

pursuant to the undersigned's standing order by **December 17, 2018**. If multiple letter briefs are submitted, the parties should group related topics together in the same letter. The Court will set a hearing on these letter briefs for **December 20, 2018 at 10:00 a.m**.

2. **December 21, 2018** is the deadline for letter briefs challenging events that happen **today or later**. Letter briefs submitted after December 17 will need to specifically explain why the discovery dispute could not have been raised by December 17. It will not be sufficient for a party to say it was still meeting and conferring with the other side concerning an event that happened before today because this order requires that meet and confer to take place and conclude this week.

**IT IS SO ORDERED.**

Dated: December 10, 2018

THOMAS S. HIXSON
United States Magistrate Judge