UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FISHMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TIGER NATURAL GAS, INC., et al.,<br><br>Defendants. | Case No. 17-cv-05351-WHA (TSH)<br><br>**DISCOVERY ORDER** |

As previewed in ECF No. 294, the Court conducted a follow-up telephonic hearing this morning concerning Defendant John Dyet's document production and the scheduling of his deposition. The parties have agreed to conduct his deposition during the week of January 28, 2019. The Court reminds the parties that the deposition must be completed by January 31, 2019. *See* ECF No. 274.

In a letter dated December 13, 2018, ECF No. 306, Dyet stated he could complete his document production by January 15, 2019. Plaintiffs want his documents sooner so they can have more time to prepare for the deposition. The Court asked if Dyet can produce his documents by January 8. His counsel said yes, and Plaintiffs stated that was acceptable to them as well. Accordingly, the Court **ORDERS** that (1) Dyet complete his document production by January 8, and (2) Dyet be deposed the week of January 28 but not later than January 31.

At the hearing Plaintiffs previewed two additional discovery disputes. They say they recently (after December 9, *see* ECF No. 300) discovered call logs and HR files in file cabinets in storage lockers that Dyet should have produced earlier. They also say his amended written discovery responses, served December 12, are inadequate. Dyet responded that he would like to meet and confer with Plaintiffs about those issues. The Court **ORDERS** the parties to meet and

confer. If they are unable to reach a resolution, then pursuant to Local Rule 37-3 and ECF No. 300, the parties' joint letter brief is due December 21, 2018.

**IT IS SO ORDERED.**

Dated: December 14, 2018

_____
THOMAS S. HIXSON
United States Magistrate Judge